# UNITED STATES DISTRICT COURT
Southern District of Indiana

# **NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION**

TO:   ALL PARTIES

$$
\left.\begin{array}{c} ) \\ ) \\ ) \\ ) \\ ) \\ ) \\ ) \end{array}\right.
$$

Pending Case No(s).[1]

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | | |
| **Law Firm, Company, and/or Agency:** | | |
| **Address:** | | |
| **Primary E-mail:** | | |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | | |
| **Facsimile:** | | |

Date: _____          s/ _____

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.