UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRANDON MICHAEL COUNCIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00302-JPH-MKK |
| | ) | |
| MERRICK GARLAND US Attorney General, United States Department of Justice, | ) ) ) | |
| JEFF SESSIONS Former US Attorney General, | ) ) | |
| R. BRYAN HARWELL US District Court Judge, | ) ) | |
| NATHAN WILLIAMS Assistant US Attorney, | ) ) | |
| EVERETT MCMILLAN Assistant US Attorney, | ) ) | |
| DEREK SHOEMAKE Assistant US Attorney, | ) ) | |
| GINA SACCHETTI Dr., | ) | |
| THOMAS J. WATSON Warden, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Interested Party. | ) | |

**FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final

judgment, now enters **FINAL JUDGMENT**. The action is **dismissed with**

**prejudice**.

Date: 3/17/2026

Kristine L. Seufert, Clerk

BY: _James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email

BRANDON MICHAEL COUNCIL
63961056
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808